MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

RECEIVED
OCT 28 2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CLARENCE ANDREWS, <br><br> Defendant. | NO. CR-14-00094 YGR <br><br> STIPULATION AND [PROPOSED] ORDER TO RESET SENTENCING |

The defendant pleaded guilty on March 14, 2014, to a charge of Conspiracy to Commit Robbery Affecting Interstate Commerce, in violation of 18 U.S.C. § 1951(a). The parties did not enter a plea agreement; the defendant merely pleaded open in Court, admitting his participation in several robberies and the overarching conspiracy. The case is currently set for sentencing before this Court on November 5, 2014, at 11:00 a.m. The parties jointly request for the reasons stated herein that the sentencing hearing be vacated and reset for Thursday, December 18, 2014, at 2:00 p.m.

Defense counsel, Ellen Leonida, will be starting a trail before the Honorable Phyllis J. Hamilton

//

CR 14-0094 YGR
STIP. AND PROP. ORDER TO RESET    1

that is anticipated to last two weeks. Although Judge Hamilton is dark on Wednesdays, Ms. Leonida needs time to prepare for trial, as well to prepare for Mr. Andrews's sentencing hearing. Mr. Andrews's case is part of a larger conspiracy involving many robberies, and there has been no plea agreement between the parties.

In addition, the government expects to receive information from some of the robbery victims, though it has not yet received any statements. Because this case was previously under seal, the notifications to victims were sent out a bit later than usual and the customary direct links to PACER and the Court's calendar have not been accessible to victims. The government recently filed a motion to unseal the case but for specific documents, and anticipates that this will remedy any issues with victims being able to track the sentencing dates set by the Court.

For these reasons, the sentencing in this case will likely involve more argument between the parties on appropriate offense level and sentence, and the facts and issues in this case are, relatively speaking, more complex than in other cases.

Because defendant Mr. Andrews has already pleaded guilty, the Speedy Trial Act is no longer an issue, and putting over sentencing with the agreement of both parties will not violate the defendant's speedy trial rights. The government has received confirmation from U.S. Probation Officer Emily Libby that she is available on December 18, 2014, for sentencing.

The parties therefore jointly request that this matter be put over for sentencing on December 18, 2014, at 2:00 p.m.

DATED: October 28, 2014

Respectfully submitted,

BRIGID S. MARTIN
Assistant United States Attorney

ELLEN LEONIDA
Counsel for Mr. Andrews

CR 14-0094 YGR
STIP. AND PROP. ORDER TO RESET        2

# [PROPOSED] ORDER

Based on the representations of the parties set forth above, for good cause shown, the Court hereby GRANTS the parties Stipulation to reset the sentencing in this case. The hearing currently scheduled for November 5, 2014, at 11:00 a.m., is hereby VACATED, and the sentencing is RESET for December 18, 2014, at 2:00 p.m. before this Court.

Sentencing Memorandums are to be filed by December 4, 2014

*[signature]*
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

DATED: October 31. 2014_____, 2014