CLARENCE ANDREWS

PFN: ULX362

GLENN E. DYER D. FACILITY

550 6TH STREET

OAKLAND, CALIFORNIA 94607

**FILED** 

DEC 15 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DECEMBER 9, 2014

THE HONORABLE YVONNE GONZALES ROGERS

UNITED STATES DISTRICT JUDGE

1301 CLAY STREET, ROOM 290 C

OAKLAND, CALIFORNIA 94612

RE: CLARENCE ANDREWS

 DOCKET NO.: 0971 4:14CR00094-001 YGR

YOUR HONOR:

ATTACHED IS THE PRESENTENCE LETTER PREPARED FOR THE COURT CONSIDERATION,
ON 11/24/2014 A COPY OF THIS LETTER WAS MAILED TO COUNSEL REPRESENTING ME.
AFTER RECEIVING NO RESPONSE AND ALL ATTEMPTS TO CONTACT COUNSEL
FAILED, I FOUND IT NECESSARY TO CONTACT THE COURT DIRECTLY. IT
SHOULD BE NOTED THAT I WAS NOT ADVISED OR DIRECTED TO CONTACT
THE COURT DIRECTLY, THIS DECISION WAS MADE TO INSURE THE COURT RECIEVED
THE LETTER

RESPECTFULLY SUBMITTED,

CLARENCE ANDREWS

Your Honor:

I PRAY THIS LETTER DOESNT COME ACROSS AS SIMPLY ANOTHER PLEA FOR
UNWARRANTED FAVOR FROM THE COURT. ON THE CONTRARY AND IN LIGHT OF THE CURRENT
CIRCUMSTANCES, THIS ATTEMPT TO CONVEY THE SINCERITY OF MY REGRET ALONG WITH
AN EXPLANATION FOR MY CONDUCT HAS BEEN NO EASY FEAT FOR ME. THE FACT THAT
I HAVE MANAGED TO STOP STRESSING AND BEATING MYSELF UP LONG ENOUGH TO
CONSIDER WRITING MY NAME, LET ALONE A LETTER, IS A MIRACLE IN ITSELF. I
TOTALLY REGRET TO THE POINT OF HATE THE HARM I HAVE CAUSED SO MANY PEOPLE
ON SO MANY DIFFERENT WAYS. STARTING WITH THE VICTIMS THIER LOSSES, PAIN
AND SUFFERING TO THE NEGLECT AND SHAME MY FAMILY IS FORCED TO ENDURE, I
APOLOGIZE WITH ALL MY HEART. EVERYDAY I THINK ABOUT THE POTENTIAL HARM
THAT COULD HAVE BEEN CAUSED DUE TO MY RASH DECISIONS AND I AM FURTHER
PUSHED INTO A TOTAL STATE OF REMORSE. I REALLY DO WISH I COULD TAKE AWAY
THE HARM THAT WAS DONE. HINDSIGHT IS ALWAYS 20/20, ALLOWING OBVIOUS
CHOICES THAT SHOULD HAVE BEEN MADE CLEARLY SEEN. AFTER LOSING THE ONLY JOB
THAT EVER GRANTED STABILITY AND A FEELING OF TRUE SUCCESS WHILE STRUGGLING
WITH UNFAMILIAR PRESSURES OF BEING HEAD OF HOUSEHOLD TO A YOUNG FAMILY,
OBVIOUS ANSWERS WERE NOT SO CLEAR TO ME. THERE ARE NO JUSTIFICATIONS
FOR THE POOR CHOICES I MADE AND I MAKE NO EXCUSES NOW. THE FACT IS
THAT IN THE MIDST OF CHALLENGING TIMES I WAS MOTIVATED BY A NATURAL
INSTINCT TO PROVIDE. BEING BLINDED BY PRIDE, PRESSURE AND ADDICTION,
I FAILED MISERABLY. I REALIZE THAT PUNISHMENT IS ONE OF THE
CONSEQUENCES OF MAKING BAD DECISIONS HOWEVER, I HUMBLY ASK
AND EVEN BEG THAT THE COURTS CONSIDER THE FACT THAT I AM A 40
YEAR OLD FIRST TIME FATHER TO A VERY PRECIOUS 2 YEAR OLD SON. THE
REALITY OF THAT OFTEN BRINGS ME TO TEARS BECAUSE I WANT FOR
MY SON THAT WHICH I CANNOT SEEM TO PROVIDE FOR MYSELF, A

PEACEFUL SIMPLE LIFE. I'VE FAILED AT ALOT OF THINGS IN LIFE BUT I DONT WANT TO FAIL MY SON. I DONT EXPECT ANY MIRACLES, YET I PRAY THAT I BE REUNITED WITH MY SON AS SOON AS POSSIBLE TO CATCH AND GUIDE HIM IN THOSE MIND MOLDING YEARS. MORE THAN ANYTHING I WANT TO GIVE HIM A DAD AND A CHANCE I NEVER HAD FURTHER LOWERING HIS CHANCES OF EVER FINDING HIMSELF WHERE I AM. I ALSO ASK THAT THE COURT TRULY CONSIDER HELPING ME HELP MYSELF AND ULTIMATELY MY FAMILY BY RECOMMENDING WHATEVER AVAILABLE PROGRAMS, COUNSELING OR FURTHER EDUCATION DEEMED NECESSARY WHILE IN CUSTODY. FOR A PERSON AS SINCERE AS I AM ABOUT STRIVING FOR CHANGE AND WANTING TO GIVE BACK TO LIFE, PUNISHMENT COULD NEVER BE AS EFFECTIVE AS REHABILITATION.

SINCERELY

CLARENCE ANDREWS.