FILED

~~RECEIVED~~

JAN 26 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Clarence Andrews, 19469-111
P.O. Box 3900
USP Victorville
Adelanto, CA 92301

Janrary 18, 2015

To:         Clerk of the Court, United States District Court
            for The Northern District Of California
            1301 Clay Street, Oakland California 94612-5212
            Suite 400S

            CR-14-0094-YGR

Re.         Counsel's Failure to File, Notice Of Appeal

Dear Clerk,

Where I was sentenced in the United States District Court for The
Northern District Of California, On 12/18/14, before the Honorable
Gonzales-Roberts (I belive), In open court where asked by the judge
if Defendant was going to file an Appeal to the Appellate Court,
my defense counsel answered in the affirmative, stating that she
would file an Appeal.

However, I fear that Counsel has or did fail to file for an appeal
in the case, Wherefore, if this is the case, please accept this
notice as a [Notice of Appeal] on my own behalf, informing the Court
that indeed, I wish to file an Appeal.

As well, would you please send me a copy of the Docket Sheet in my
case. Your time and consideration is much appreciated. Thank you

DOCKET # CR-14-00094-001 YGR

Sincerely

C. Andrews