***ORIGINAL***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE YVONNE GONZALEZ ROGERS, JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | STATUS CONFERENCE |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | NO. CR 14-00094YGR |
| | ) | |
| CLARENCE LEE ANDREWS, | ) | PAGES 1 - 5 |
| | ) | |
| DEFENDANT. | ) | OAKLAND, CALIFORNIA |
| _____ | ) | THURSDAY, MARCH 13, 2014 |

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

| | |
|---|---|
| FOR PLAINTIFF: | MELINDA L. HAAG, ESQ. |
| | UNITED STATES ATTORNEY |
| | 1301 CLAY STREET, SUITE 340-S |
| | OAKLAND, CALIFORNIA 94612 |
| BY: | BRIGID S. MARTIN, |
| | ASSISTANT UNITED STATES ATTORNEY |
| | |
| FOR DEFENDANT: | BARRY J. PORTMAN |
| | FEDERAL PUBLIC DEFENDER |
| | 555 - 12TH STREET, SUITE 650 |
| | OAKLAND, CALIFORNIA 94607-3627 |
| BY: | ELLEN V. LEONIDA, |
| | ASSISTANT FEDERAL PUBLIC DEFENDER |
| | |
| REPORTED BY: | RAYNEE H. MERCADO |
| | CSR. NO. 8258 |

PROCEEDINGS REPORTED BY ELECTRONIC/MECHANICAL STENOGRAPHY; TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR (510) 451-7530*

```
 1   THURSDAY, MARCH 13, 2014                              2:02 P.M.
 2                       P R O C E E D I N G S
 3         THE CLERK:  CALLING CRIMINAL ACTION 14-0094, UNITED
 4   STATES VERSUS CLARENCE LEE ANDREWS.  IT'S A UNDER SEAL CASE.
 5       COUNSEL, PLEASE STATE YOUR APPEARANCES.
 6         MS. MARTIN:  GOOD AFTERNOON, YOUR HONOR.  BRIGID
 7   MARTIN FOR THE UNITED STATES.
 8         MS. LEONIDA:  GOOD AFTERNOON YOUR HONOR, ELLEN
 9   LEONIDA FOR MR. ANDREWS.  HE'S PRESENT IN CUSTODY.
10         THE COURT:  GOOD AFTERNOON, EVERYONE.
11       OKAY.  MS. LEONIDA, WHERE DO WE STAND ON THIS CASE?
12         MS. LEONIDA:  YOUR HONOR, MR. ANDREWS WOULD LIKE TO
13   CHANGE HIS PLEA TO GUILTY TODAY.
14         THE CLERK:  YOU DIDN'T TELL ME THAT.
15         MS. LEONIDA:  WE HAD TO TALK ABOUT IT FIRST.  I'M
16   SORRY.
17         MS. MARTIN:  I JUST LEARNED OF THIS ONE SECOND AGO.
18         THE COURT:  WELL, THEN ARE YOU -- I CAN'T TAKE HIS
19   PLEA RIGHT THIS SECOND.
20         MS. LEONIDA:  OKAY.
21         THE COURT:  SO I CAN DO A COUPLE OF THINGS.  ONE IS I
22   CAN FIND A MAGISTRATE JUDGE WHO WOULD BE WILLING TO DO IT, BUT
23   YOU'RE HERE, I THINK, IN COURT ON A NUMBER OF MATTERS.  OR HE
24   CAN COME BACK TOMORROW AND DO IT, BUT IT'S NOT GOING TO HAPPEN
25   RIGHT THIS SECOND.
```

| | |
|---|---|
| 1 | **MS. LEONIDA:** I THINK TOMORROW'S FINE FOR ME. |
| 2 | **THE COURT:** DO I HAVE A PLEA AGREEMENT? |
| 3 | **MS. LEONIDA:** NO, YOUR HONOR. |
| 4 | **THE COURT:** OH, YOU WANT TO TAKE -- HE WANTS TO PLEAD |
| 5 | OPEN? |
| 6 | **MS. MARTIN:** WHICH IS WHY I DIDN'T -- I WAS NOT SURE. |
| 7 | **THE COURT:** OKAY. WELL, THEN I ALSO WANTED TO HAVE |
| 8 | AN APPLICATION DONE SO THAT -- WHEN CAN WE GET THEM NEXT ON? |
| 9 | **MS. LEONIDA:** CAN WE COME TOMORROW? |
| 10 | **THE COURT:** AND IS THIS STILL -- WELL, I DON'T KNOW. |
| 11 | ARE YOU GOING TO GET ME THE PAPERWORK ON TIME? |
| 12 | **MS. LEONIDA:** YES, I WILL. |
| 13 | **THE COURT:** WHAT -- IS THIS STILL UNDER SEAL? OR |
| 14 | HE'S PLEADING IN OPEN COURT? |
| 15 | **MS. MARTIN:** IT WOULD BE IN OPEN COURT. WE WOULD |
| 16 | CHANGE IT. WE COULD -- WE COULD UNSEAL -- WE MAY NOT WANT TO |
| 17 | UNSEAL ALL THE DOCUMENTS IN THE CASE, BUT WE COULD UNSEAL THE |
| 18 | INDICTMENT AND THE PLEA. HE COULD PLEAD IN OPEN -- HE WOULD |
| 19 | PLEAD IN OPEN COURT. |
| 20 | **THE COURT:** IS THERE A PARTICULAR NEED TO DO THIS |
| 21 | RIGHT THIS SECOND, MS. LEONIDA? |
| 22 | **MS. LEONIDA:** WE'RE ANXIOUS TO DO THIS AS SOON AS |
| 23 | POSSIBLE. |
| 24 | **THE COURT:** I HAVE TO LOOK AT MY CALENDAR FOR |
| 25 | TOMORROW. |

|  |  |
|---|---|
| 1 | **THE CLERK:** IT IS -- SORRY. THIS IS A SUPPLEMENT IN |
| 2 | ADDITION TO THE APPLICATION THAT HAS TO BE FILLED OUT. IT'S |
| 3 | ON -- NO, IT'S HERE. |
| 4 | **THE COURT:** WHAT DOES YOUR CALENDAR LOOK LIKE |
| 5 | TOMORROW? |
| 6 | **MS. MARTIN:** I AM -- I'M ON JUDGE TIGAR'S CALENDAR AT |
| 7 | 9:30, AND THEN I HAVE SOMETHING LATER IN THE AFTERNOON. BUT I |
| 8 | COULD GET SOMEBODY TO COME COVER FOR ME IN THE MORNING, SO |
| 9 | PRETTY MUCH FREE ANY TIME. I CAN MAKE IT WORK ANY TIME. |
| 10 | **THE COURT:** I HAVE A PRETRIAL CONFERENCE THAT STARTS |
| 11 | AT -- I THINK I'M IN AT NINE FOR THAT, SO -- |
| 12 | **THE CLERK:** NINE. |
| 13 | **THE COURT:** -- I COULDN'T DO IT -- THE EARLIEST I |
| 14 | COULD DO IT IS 11 -- I COULD DO IT AT 11:30. |
| 15 | **MS. LEONIDA:** THAT'S FINE FOR ME. |
| 16 | **MS. MARTIN:** THAT'S FINE, YOUR HONOR. |
| 17 | **THE COURT:** ALL RIGHT. WE'LL DO IT TOMORROW. |
| 18 | AND THE REQUEST TO UNSEAL THE PROCEEDINGS? |
| 19 | **MS. MARTIN:** YOUR HONOR, I WOULD MOVE TO UNSEAL THE |
| 20 | INDICTMENT. I WOULD NEED TO GO BACK AND LOOK AT OTHER |
| 21 | DOCUMENTS TO SEE IF THEY'RE APPROPRIATE TO BE UNSEALED. AT |
| 22 | THIS POINT, I -- I DON'T KNOW FOR SURE THAT -- THAT THE |
| 23 | GOVERNMENT WOULD BE OKAY UNSEALING THE REST OF THE DOCUMENTS. |
| 24 | BUT I COULD MOVE AT THIS TIME TO AT LEAST UNSEAL THE |
| 25 | INDICTMENT. |

1    **THE COURT:** OKAY.  SO THE INDICTMENT, THEN, IS
2    UNSEALED.
3        TOMORROW'S PROCEEDINGS, IS THERE A REQUEST TO HAVE THOSE
4    SEALED?
5            **MS. MARTIN:**  NO, YOUR HONOR.
6            **MS. LEONIDA:**  NO, YOUR HONOR.
7            **THE COURT:**  ALL RIGHT.  THOSE WILL SHOW UP AS AN OPEN
8    MATTER ON THE COURT CALENDAR.  I WILL SEE YOU TOMORROW MORNING
9    AT 11:30.  I NEED THAT DOCUMENT ASAP.
10           **MS. LEONIDA:**  WE WILL -- WE'LL MAKE SURE THAT IT'S
11   FILLED OUT BEFORE THEN.
12           **THE COURT:**  NOT BEFORE THIS.  BEFORE MY 9:00 A.M.
13   PRETRIAL BECAUSE I HAVE TO LOOK AT --
14           **MS. LEONIDA:**  I'LL GO FILL IT OUT.
15           **THE COURT:**  OKAY.  THANK YOU.  WE'LL SEE YOU
16   TOMORROW.
17           **MS. MARTIN:**  THANK YOU, YOUR HONOR.
18              (PROCEEDINGS WERE CONCLUDED AT 2:06 P.M.)
19                              --O0O--

# CERTIFICATE OF REPORTER

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER. I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN, AND FURTHER THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

_____

RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR

FRIDAY, MAY 1, 2015