UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 25 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

   v.

CLARENCE LEE ANDREWS,
Clarence Andrews, AKA Clee,

              Defendant - Appellant.

No. 15-10030

D.C. No. 4:14-cr-00094-YGR-1
U.S. District Court for Northern
California, Oakland

**MANDATE**

The judgment of this Court, entered April 24, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                       FOR THE COURT:

                       MOLLY C. DWYER
                       CLERK OF COURT

                       By: Synitha Walker
                       Deputy Clerk
                       Ninth Circuit Rule 27-7