UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street, Suite No. 400 South
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong    General Court Number
Clerk of Court    510-637-3530

July 26, 2017

CASE NUMBER:  14-cr-00094-YGR-1

CASE TITLE: USA v. Andrews

USCA NUMBER:  USCA No. 15-10030

DATE MANDATE FILED:  07/25/17

TO COUNSEL OF RECORD:

   The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

   Very truly yours,

   Susan Y. Soong, Clerk

   _____
   by:  Jessie Mosley
   Case Systems Administrator
   510-637-3536