JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
483 9th St, Suite 200
Oakland, Ca 94607
Phone: (415) 623-3600
Fax: (415) 623-3605

Attorneys for Defendant
CLARENCE LEE ANDREWS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARENCE LEE ANDREWS,<br><br>    Defendant. | CASE NO. CR 14-094 YGR<br><br>**NOTICE OF ATTORNEY APPEARANCE OF ASSOCIATE COUNSEL FOR DEFENDANT CLARENCE LEE ANDREWS** |

TO THE COURT, UNITED STATES, AND DEFENSE COUNSEL:

PLEASE TAKE NOTICE that Clarence Lee Andrews hereby files this Notice of Appearance to advise the court that attorney Ashley Riser should be added to the docket as associate counsel on behalf of Defendant Clarence Lee Andrews. Please include Ashley Riser in all future correspondence, pleadings, and notices.

Ashley Riser's information is as follows:

Ashley Riser
483 9th St, Suite 200
Oakland, Ca 94607
Email: ashley@jaynelawgroup.com
Phone: (415) 623-3600
Fax:    (415) 623-3605

| | | |
|---|---|---|
| 1 | DATED: September 14, 2020 | Respectfully submitted, |
| 2 | | JAYNE LAW GROUP, P.C. |

By: _____/s/_____
JULIA MEZHINSKY JAYNE
Attorney for Defendant
CLARENCE LEE ANDREWS