JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
ASHLEY RISER (State Bar No. 320538)
JAYNE LAW GROUP, P.C.
483 9th Street, Suite 200
Oakland, Ca 94607
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
CLARENCE ANDREWS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-14-094 YGR |
| Plaintiff, | DECLARATION IN SUPPORT OF MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(1)(A) (COMPASSIONATE RELEASE) |
| v. | |
| CLARENCE ANDREWS, | |
| Defendant. | |

I, Ashley Riser, declare:

1. I am an attorney licensed to practice law before all courts of the State of California and am with Jayne Law Group, P.C., counsel of record for Defendant CLARENCE ANDREWS. The following facts are based on my own personal knowledge, except those facts stated on information and belief, and as to those facts, I believe them to be true. If called as a witness, I could and would testify competently to those facts.

2. Mr. Andrews' sister and Mr. Andrews told me that if Mr. Andrews is released, he would live with his sister. Mr. Andrews previously advised defense counsel that his father is a retired and disabled veteran.

3. Attached as Exhibit A is a true and correct copy of Mr. Andrews' academic transcripts and programming certificates.

4. Attached as Exhibit B is a true and correct copy of Mr. Andrews' request for compassionate release and the Bureau of Prisons' subsequent denial.

5. Attached as Exhibit C is a true and correct copy of letters submitted in support of Mr. Andrews.

6. Attached as Exhibit D is a true and correct copy of an email, dated July 23, 2020, from Mr. Andrews to Health Services.

7. Attached as Exhibit E is a true and correct copy of Mr. Andrews' email, dated September 23, 2020, to Health Services. In this email, he requests medical care.

8. Attached as Exhibit F is a true and correct copy of an email from Mr. Andrews, dated November 9, 2020, to counsel.

9. Attached as Exhibit G is a true and correct copy of an email, dated December 2, 2020, sent to Lompoc from defense counsel.

10. Attached as Exhibit H is a true and correct copy of an email, dated December 3, 2020, from Mr. Clarence to defense counsel.

11. Attached as Exhibit I is a true and correct copy of an email, dated December 8, 2020, sent to defense counsel by Mr. Andrews.

12. Attached as Exhibit J is a true and correct copy of an email from Mr. Andrews, dated December 4, 2020, to Health Services. In this email, he requests medical care.

13. Attached as Exhibit K is a true and correct copy of Mr. Andrews' request for RDAP and Lompoc's subsequent denial.

14. Attached as Exhibit L is a true and correct copy of Mr. Andrews' redacted medical records. The redactions are for Mr. Andrews' date of birth and social security number.

15. Attached as Exhibit M is a true and correct copy of a letter sent to defense counsel from Mr. Andrews.

Date:    /s/
         Ashley Riser
         Attorney for CLARENCE ANDREWS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
CR 19-700 RS