# Exhibit A

```
  LOMJ2           *        INMATE EDUCATION DATA       *        10-13-2020
PAGE 001          *            TRANSCRIPT              *        08:25:41

REGISTER NO: 19469-111      NAME..: ANDREWS              FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: LOM-LOMPOC USP

-------------------------  EDUCATION INFORMATION  -------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
LOM  ESL HAS    ENGLISH PROFICIENT             01-20-2015 0001 CURRENT
LOM  GED HAS    COMPLETED GED OR HS DIPLOMA    03-08-2015 0001 CURRENT


-------------------------  EDUCATION COURSES  -------------------------
SUB-FACL   DESCRIPTION                     START DATE  STOP DATE EVNT AC LV   HRS
LOM        AHC MATH 123 ELEMENTARY STATS   01-21-2020 CURRENT
LOM        AHC PSYCHOLOGY 112              01-21-2020 CURRENT
LOM        AHC SOCIOLOGY 110               01-21-2020 CURRENT
LOM        AHC POLITICAL SCIENCE 101       08-19-2019 12-05-2019  C  C  P      0
LOM        AHC PSYCHOLOGY 101-GENERALPSYC  08-19-2019 12-05-2019  C  C  P      0
LOM        AHC MATH 331 ALGEBRA 2          08-19-2019 12-05-2019  C  C  P      0
LOM        AHC GEOGRAPHY 102-HUMAN GEOGR   06-10-2019 07-31-2019  C  C  P      0
LOM        AHC PERSONAL DEVELOPMENT 100    06-10-2019 07-31-2019  C  C  P      0
LOM        AH MATH 311 ALGEBRA 1           01-22-2019 05-19-2019  C  C  P      0
LOM        AHC PSYCHOLOGY 119              01-22-2019 05-19-2019  C  C  P      0
LOM        ALTERN VIOLENCE TRAIN 4 FACIL   02-19-2019 02-20-2019  P  C  P     18
LOM        AHC HISTORY 105-WEST CIV 1650   08-20-2018 12-13-2018  C  C  P      0
LOM        AH MATH 311 ALGEBRA 1           08-20-2018 12-13-2018  C  W  I      0
LOM        ACE OSHA 10 HOUR CERTIFICATION  12-06-2018 12-12-2018  P  W  V      0
LOM        ACE OSHA 10 HOUR CERTIFICATION  12-04-2018 12-06-2018  P  W  V      0
LOM        AHC BUSINESS 160 BUSINESS COM   06-11-2018 08-02-2018  C  C  F      0
LOM        AHC ECONOMICS 130 CONS FINANCE  06-11-2018 08-02-2018  C  C  P      0
LOM        AHC COMPARATIVE POLITICS        01-22-2018 05-23-2018  C  C  P      0
LOM        AHC PSYCHOLOGY 113              01-22-2018 05-23-2018  C  C  P      0
LOM        GET RIGHT W/YOUR FED INC TAXES  12-30-2017 01-27-2018  P  C  P      8
LOM        PROFESSIONAL SERVICES 500 HR.   01-03-2018 03-02-2018  P  W  I     50
LOM        ACE BEGINNING SPANISH LANGUAGE  09-30-2017 12-16-2017  P  W  V      4
LOM        AHC REC101 INTRO REC MGT        08-21-2017 12-07-2017  C  C  P      0
LOM        AHC ENGLISH 101 FRESHMAN COMP   08-21-2017 12-07-2017  C  C  P      0
LOM        AHC MATH 531 PRE-ALGEBRA        08-21-2017 12-07-2017  C  C  P      0
LOM        ADVANCED ALTERNATIVE VIOLENCE   09-26-2017 10-05-2017  P  C  P     18
LOM        AHC GEOGRAPHY 103-WRLD REGIONL  06-12-2017 08-08-2017  C  C  P      0
LOM        AHC SOCIOLOGY 101-INTRO TO SOC  06-12-2017 08-08-2017  C  C  P      0
LOM        AHC PE 133 YOGA FITNESS         06-12-2017 08-08-2017  C  C  P      0
LOM        ACE  AMERICAN WEST HISTORY      06-10-2017 07-29-2017  P  W  V     10
LOM        BASIC ALTERNATIVE TO VIOLENCE   07-09-2017 07-09-2017  P  C  P     18
LOM        AH SPEECH 101-PUBLIC SPEAKING   01-23-2017 01-23-2017  C  C  P      0
LOM        AHC STEP AEROBICS               01-23-2017 05-26-2017  C  C  P      0
LOM        AHC HEALTH/FIRST AID/CPR        03-31-2017 05-26-2017  C  C  P      0
LOM        AHC HEALTH EDUCATION 100        01-23-2017 05-26-2017  C  C  P      0
LOM        AHC PHYSICAL GEOGRAPHY          01-23-2017 05-26-2017  C  C  P      0
LOM        AHC ANTHROPOLOGY 102            01-23-2017 05-26-2017  C  C  P      0
LOM        ACE RESTRAURANT OWNERSHIP       01-07-2017 03-11-2017  P  C  P     20
VIP        HUMAN RIGHTS ACE CLASS          08-24-2016 11-23-2016  P  C  P     10
VIP        LIFE SKILLS ACE CLASS           08-23-2016 11-23-2016  P  C  P     10

G0002      MORE PAGES TO FOLLOW . . .
```

* as you can see, I wasnt given hours for the courses I completed. I was assured that I would be credited upon receiving my degree which I have received and provided you a copy of. These hours help towards earlier release, "supposedly".

```
   LOMJ2        *          INMATE EDUCATION DATA          *      10-13-2020
PAGE 002 OF 002 *               TRANSCRIPT               *      08:25:41

REGISTER NO: 19469-111    NAME..: ANDREWS              FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: LOM-LOMPOC USP
```

```
--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                START DATE  STOP DATE EVNT AC LV  HRS
VIP        ENTREPRENEURSHIP ACE CLASS 08-25-2016 11-23-2016  P   C  P   10
VIP        COMMERCIAL DRIVERS LICENSE ACE 08-20-2016 11-23-2016  P   C  P   10
VIP        BODY FAT TEST TRAINING CLASS 05-18-2016 09-24-2016  P   C  P    6
VIP        BEGINNERS WEIGHT MANAGEMENT 08-11-2016 09-22-2016  P   C  P    6
VIP        STUDY OF DIABETES          08-12-2016 09-16-2016  P   C  P   12
VIP        TALKING WITH YOU DOCTOR CLASS 09-08-2016 09-08-2016  P   C  P    2
VIP        RECCYLING & WASTE MANAGEMENT 01-11-2016 05-19-2016  P   C  C  120
VIP        ACE BUSINESS MARKETING     08-03-2015 11-15-2015  P   C  P   10
VIP        SPANISH ACE CLASS          08-11-2015 12-13-2015  P   C  P   10
VIP        PROFESSOR TEACHES OFFICE 2010 04-08-2015 07-08-2015  P   C  M  150
VIP        RPP FCC AIDS AWARENESS (C1) 01-28-2015 01-28-2015  P   C  P    1
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

2

```
   LOMJ2  531.01 *              INMATE HISTORY          *      10-13-2020
   PAGE 001 OF 001 *             WRK DETAIL             *      08:24:19


   REG NO..: 19469-111 NAME....: ANDREWS, CLARENCE
   CATEGORY: WRK       FUNCTION: PRT       FORMAT:

FCL   ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
LOM   ORD F  PM  ORDERLY F UNIT PM           01-24-2019 1001 CURRENT
LOM   ORD F  AM  ORDERLY F UNIT AM           10-15-2018 0001 01-24-2019 1001
LOM   UNASSG     UNASSIGNED- PENDING WRK ASSIGN 08-09-2018 1258 10-15-2018 0001
LOM   DET UNASSG UNASSIGNED SEGREGATION INMATES 07-23-2018 1443 08-09-2018 1258
LOM   CORRORD DW CORRIDOR ORDERLY -0740 TO 1545 06-15-2018 0001 07-23-2018 1443
LOM   DET UNASSG UNASSIGNED SEGREGATION INMATES 05-09-2018 1657 06-15-2018 0001
LOM   ORD K  PM  ORDERLY K UNIT PM           06-02-2017 1342 05-09-2018 1657
LOM   UNASSG     UNASSIGNED- PENDING WRK ASSIGN 03-05-2018 0001 03-17-2018 0758
LOM   VT BARBER  BARBER VT                   01-04-2018 1357 03-05-2018 0001
LOM   VT BARBER  BARBER VT                   01-04-2018 1357 03-02-2018 1452
LOM   ORD K  PM  ORDERLY K UNIT PM           06-02-2017 1342 03-02-2018 1452
LOM   ORD K  PM  ORDERLY K UNIT PM           06-02-2017 1342 09-19-2017 0930
LOM   UNASSG     UNASSIGNED- PENDING WRK ASSIGN 05-24-2017 0001 06-02-2017 1342
LOM   ORD M  PM  ORDERLY M UNIT PM           04-18-2017 1521 05-24-2017 0001
LOM   UNASSG     UNASSIGNED- PENDING WRK ASSIGN 03-17-2017 0001 04-18-2017 1521
LOM   ORD M  PM  ORDERLY M UNIT PM           01-12-2017 0001 03-17-2017 0001
LOM   UNASSG     UNASSIGNED- PENDING WRK ASSIGN 12-21-2016 0001 01-12-2017 0001
LOM   A&O PROG   A&O UNIT PROGRAM            11-21-2016 1300 12-21-2016 0001
VIP   UNT 6A ORD UNIT 6A ORDERLY             08-16-2016 1225 11-21-2016 0645
VIP   UNT 3CV OR CONV ORD                    07-11-2015 0911 08-16-2016 1225
VIP   UNASSGN    UNASSIGNED INMATES          02-05-2015 0001 07-11-2015 0911
VIP   A&O        A&O INMATES                 01-16-2015 1515 02-05-2015 0001
DUB   UNASSG     UNASSIGNED - OTHER          03-21-2014 0918 03-24-2014 1033




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

*Upon recommendation of the Faculty of*

# Allan Hancock College

*and under authorization granted by the Board of Governors*

*of the California Community Colleges*

*the degree of*

## Associate in Arts

*Social Science*

*is hereby conferred upon*

### Clarence Andrews

*with all Rights, Benefits, and Privileges appertaining thereto*

*Given at Santa Maria, California, this twelfth day of December, two thousand and nineteen.*



*President Board of Trustees*

*Superintendent/President*

*Upon recommendation of the Faculty of*

# lan Hancock College

*d under authorization granted by the Board of Governors*

*of the California Community Colleges*

*the degree of*

*Associate in Arts*

*Arts-Non-Transfer: Social and Behavioral Sciences*

*is hereby conferred upon*

*Clarence Andrews*

*h all Rights, Benefits, and Privileges appertaining thereto*

*ria, California, this twelfth day of December, two thousand and nineteen.*



*Trustees*

*Superintendent/President*

5



ALLAN HANCOCK COLLEGE

Allan Hancock Degree Works Report

**DegreeWorks**

**Student View**   WA033SOL as of 03/14/2020 at 22:01

| | | | | | |
|---|---|---|---|---|---|
| Student | Andrews, Clarence | Academic Standing | Academic Good Standing | Level | Credit |
| ID | H20083806 | Progress Standing | Progress Good Standing | Degree/Certificate | Associate in Arts |
| Enrolled | Yes | Degrees Earned | Associate in Arts: Social Sciences Associate in Arts: Social and Behavioral Sciences | Program | Psychology |
| High School | Out of State High School | Certificates Earned | None | AHC GPA | 3.22 |
| H.S. Graduation Date | Not Reported | Registration Holds | No Holds | Previous College | None |
| Birth Date | 09-DEC-74 | | | | |

**Goal Progress**

Requirements    90%

| **Associate in Arts Degree** | | Catalog Year: | 2016-2017 | Units Required: | 60 |
|---|---|---|---|---|---|
| | | AHC GPA: | 3.23 | Units Applied: | 76 |

☑ Minimum 60 Unit Requirement

☑ Minimum Residency Requirement

*** You can click this link to schedule an appointment to meet with a counselor in General Counseling ***

☐ 2.0 GPA Requirement Not Calculated — Still Needed: An Overall GPA will be calculated once you have completed graded course work at Allan Hancock College.

☐ Major Requirements — Still Needed: See Psychology Major AA section

☑ Multi-Cultural/Gender Studies Requirement

☑ Health and Wellness Requirement

☑ Competency Requirement

☑ General Education Requirements

**Psychology Major AA**

☐ PSYCHOLOGY CORE COURSES - 13 UNITS

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Elementary Statistics | MATH 123 | Elementary Statistics | IP | (4) | Spring 2020 |
| ☑ General Psychology | PSY 101 | General Psychology | A | 3 | Fall 2019 |
| ☐ Theories of Personality | Still Needed: | 3 Units in PSY 113* | | | |
| ☐ Select One of the Following Classes: | Still Needed: | Choose from 1 of the following: | | | |
| ☐ Child Psychology | Still Needed: | ( 3 Units in PSY 117 ) or | | | |
| ☐ Human Development Across the Lifespan | Still Needed: | ( 3 Units in PSY 118 ) | | | |

☒ PSYCHOLOGY SELECTED COURSES - 12 UNITS

| | | | | | |
|---|---|---|---|---|---|
| | ANTH 102 | Intro to Cultural Anthro | A | 3 | Spring 2017 |
| | PSY 119 | Abnormal Psychology | B | 3 | Spring 2018 |
| ☒ Select 12 Units from the Following | SOC 101 | Intro to Sociology | A | 3 | Summer 2017 |
| | SOC 110 | Intro to Marriage and Family | IP | (3) | Spring 2020 |

6

# ALLAN HANCOCK COLLEGE

Allan Hancock Degree Works Report

## ☑ Multi-Cultural/Gender Studies Requirement

| ☑ MULTI-CULTURAL/GENDER STUDIES REQUIREMENT | | | | | |
|---|---|---|---|---|---|
| ☑ Select 3 Units from the Following | GEOG 103 | World Regional Geography | A | 3 | Summer 2017 |

## ☑ Health and Wellness Requirements

| ☑ Health and Wellness Requirement Options | | | | | |
|---|---|---|---|---|---|
| ☑ Health and Wellness - Option 3 | | | | | |
| ☑ Physical Activity | PE 133 | Yoga Fitness | A | 1 | Summer 2017 |
| | PE 143 | Step Aerobics | A | 1 | Spring 2017 |
| ☑ Health Education or First Aid Safety | HED 100 | Health and Wellness | B | 3 | Spring 2017 |

## ☑ Competency Requirements

| ☑ COMPETENCY IN WRITTEN EXPRESSION REQUIREMENT | | | | | |
|---|---|---|---|---|---|
| ☑ Writing in Career/Tech Fields or Freshman Comp | ENGL 101 | Freshman Comp: Exposition | B | 4 | Fall 2017 |
| ☑ COMPETENCY IN MATHEMATICS REQUIREMENT | | | | | |
| ☑ Select one of the following Math classes. | MATH 331 | Algebra 2 | A | 4 | Fall 2019 |

## ☑ AHC General Education Requirements

| ☑ CATEGORY 1: NATURAL SCIENCES | | | | | |
|---|---|---|---|---|---|
| ☑ Natural Sciences Requirement | GEOG 101 | Physical Geography | A | 3 | Spring 2017 |
| ☑ CATEGORY 2: HUMAN INSTITUTIONS | | | | | |
| ☑ A. Social Science Requirement | POLS 105 | Comparative Politics | A | 3 | Spring 2018 |
| ☑ B. American History or Government Requirement | HIST 118 | U S History | B | 3 | Spring 2017 |
| ☑ CATEGORY 3: HUMANITIES | | | | | |
| ☑ Humanities Requirement | HIST 105 | Western Civilization Since 165 | A | 3 | Fall 2018 |
| ☑ CATEGORY 4: LANGUAGE AND RATIONALITY | | | | | |
| ☑ A. Written Composition Requirement | ENGL 101 | Freshman Comp: Exposition | B | 4 | Fall 2017 |
| ☑ B. Communication & Analytical Thinking Requirement | SPCH 101 | Public Speaking | A | 3 | Spring 2017 |
| ☑ CATEGORY 5: LIVING SKILLS | | | | | |
| ☑ Living Skills Requirement | PD 100 | Personal & Career Exploration | A | 3 | Summer 2019 |

## Electives

Units Applied: 23    Classes Applied: 8

| ECON 130 | Consumer and Family Finance | D | 3 | Summer 2018 |
|---|---|---|---|---|
| GEOG 102 | Human Geography | A | 3 | Summer 2019 |
| MATH 311 | Algebra 1 | B | 4 | Spring 2019 |
| PE 129 | First Aid-CPR: Educator/Coach | A | 1 | Spring 2017 |
| POLS 101 | Intro to Political Science | A | 3 | Fall 2019 |
| PSY 112 | Human Sexuality | IP | (3) | Spring 2020 |
| PSY 113 | Theories of Personality | D | 3 | Spring 2018 |
| REC 101 | Intro to Recreation Management | C | 3 | Fall 2017 |

**ALLAN HANCOCK COLLEGE**

Allan Hancock Degree Works Report

## Insufficient

|  |  |  | Units Applied: 0 | Classes Applied: 2 |
|---|---|---|---|---|
| BUS 160 | Business Communications | F | 0 | Summer 2018 |
| PD 101 | Success in College | W | 0 | Spring 2019 |

## In-progress

|  |  |  | Units Applied: 10 | Classes Applied: 3 |
|---|---|---|---|---|
| MATH 123 | Elementary Statistics | IP | (4) | Spring 2020 |
| PSY 112 | Human Sexuality | IP | (3) | Spring 2020 |
| SOC 110 | Intro to Marriage and Family | IP | (3) | Spring 2020 |

## Not Degree Applicable

|  |  |  | Units Applied: 3 | Classes Applied: 1 |
|---|---|---|---|---|
| MATH 531 | Pre-Algebra<br>*Max of zero classes/credits exceeded* | B | 3 | Fall 2017 |

## Legend

| ☑ | Complete | ▣ | Complete except for classes in-progress | (T) | Transfer Class |
|---|---|---|---|---|---|
| ☐ | Not Complete | ▣ | Nearly complete - see advisor | @ | Any course number |
| (*) | Co/Prerequisite Required |  |  |  |  |

## Disclaimer

You are encouraged to use this degree audit report as a guide when planning your progress toward completion of the above requirements. Your Counselor or the Admissions and Records Office may be contacted for assistance in interpreting this report. This audit is not your academic transcript and it is not official notification of completion of degree or certificate requirements. Please contact the Admissions and Records Office regarding this degree audit report, your official degree/certificate completion status, or to obtain a copy of your academic transcript.

# Certificate of Completion

Of a *workshop for training in Nonviolence*

## rnative to Violence Project (AVP)

*This Certificate is awarded to*

# Clarence Andrews

*Who has satisfactorily completed the*
*Basic Course in Nonviolent Conflict Resolution*
Under the sponsorship of AVP California
www.AVPCalifornia.org

on FCC Lompoc
ators:

Date: 7/9/2017

# Certificate

of completion of a
workshop for training in nonviolence
ternatives to Violence Project (AVP)

This certificate is awarded to

## Clarence Andrews

Who has satisfactorily completed the
Second Level (Advanced) Course
in Nonviolent Conflict Resolution
Under the sponsorship of AVP California
www.AVPCalifornia.org

Date: 9/27/17

10



# ertificate of Completion

Of a *workshop for training in Nonviolence*

## rnative to Violence Project (AVP)

*This Certificate is awarded to*

# Clarence Andrews

**Who has satisfactorily completed the
Training for Facilitators workshop
In Non-Violent Conflict Resolution**

*Under the sponsorship of AVP California*

C Lompoc                 *www.AVPCalifornia.org*

*Date: 02-20-2019*

# tor Valley College

nce with standards of educational excellence put forth by

r Valley College, the institution does hereby grant this

Certificate of Completion to

## Clarence Andrews

oncerning all phases of programmatic instruction for

## Waste Management and Composting

Granted this 27th day of April in the year 2016

*Craig J. Schneider*

raig J. Schneider, AAS Natural Resource Management;

Contract Education Program Instructor

# ertificate of Completion

## Federal Bureau of Prisons

This certificate is presented to

# CLARENCE ANDREWS

r Completion of THRESHOLD at USP Lompoc

October 2, 2018 to May 21, 2019



05-21-2019

_Chaplain_                    Date



*Federal Correctional Complex*
*Victorville, CA*

# Certificate of Completion

*presented to*

## ANDREWS, CLARENCE

### DRUG EDUCATION COURSE

15 Hour DRUG ABUSE PROGRAM

APRIL 8th, 2016

_____
Sobers, B.S., Drug Treatment Specialist

_____
A. Fields, J.D., Psy.D., Drug Abuse Program Coordinator

14



# CERTIFICATE OF COMPLETION

Presented to

# ~RENCE ANDREWS

For Participation in the class

## VT PROFESSOR TEACHES OFFICE 2010

With appreciation for completion of 150 hours. Given at FCC Victorville, on July 8, 2015.

### VT Completion of:

Basic:
- Word – 96%
- Excel – 89%
- Power Point – 75%

Intermediate:
- Access – 92%
- Outlook – 95%
- Internet Explorer 8 – 88%

Advanced:
- Publisher – 87%
- Windows 7 – 97%
- Windows 7 Advanced – 92%

Expert:
- Windows XP Professional – 83%
- Windows Vista Ultimate – 80%

Typing:
- 19 WPM

~chuldt
~r of Education

B. Rodriguez
Education Specialist

15

~oft Corporation.  All rights reserved.

 

# Certificate of Completion



This award certifies that

## *Clarence Andrews*

has successfully completed

## *Talking With Your Doctor*

09/08/2016

Date

Signature

*Sports Specialist*

Title

16

 

# Certificate of Completion



This award certifies that

## *Clarence Andrews*

has successfully completed

## *Body Fat Course*

09/07/2016
Date

Signature

*Sports Specialist*
Title

17




# Certificate of Completion



This award certifies that

## Clarence Andrews

has successfully completed

## *Diabetes Course*

09/16/2016
Date

Signature

*Sports Specialist*
Title

18

 

# Certificate of Completion



This award certifies that

## *Clarence Andrews*

has successfully completed

## *Weight Management*

09/15/2016
**Date**

**Signature**

*Sports Specialist*
**Title**

19



CERTIFICATE OF COMPLETION

TO

Clarence Andrews

19469-111

For successfully completing "***Man's Search for Meaning***"

FCC Lompoc SHU Self-Help Library

C. Clegg, Ph.D., Chief Psychologist
June 20, 2018



**Presented to**

# CLARENCE ANDRE

For Participation in the ACE class

## Beginners Spanish

With appreciation for completion of 10 hours. Given at FCC Victorville, on December 13, 2015.



B. Reece

**Education Specialist, USP Victorville**



# Exhibit B

2

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) WARDEN  P. BRADLEY | DATE: 6.25.20 |
|---|---|
| FROM: C ANDREWS | REGISTER NO.: 19469 111 |
| WORK ASSIGNMENT: P.M  DRO. | UNIT: F |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

I  AM  REQUESTING  A  COMPASSIONATE  RELEASE
PERSUANT  18 V.S.C § 3582(C)(1)(A)(i)  DUE  TO  THE
COVID 19

(Do not write below this line)

DISPOSITION: Please see attached.

```
Warden's Office
· JUN 2 6 2020
Received
```

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER       **SECTION 6**



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**Federal Correctional Complex**

*Office of the Warden*                    *Lompoc, California 93436*

July 24, 2020

**MEMORANDUM FOR ANDREWS, CLARENCE, REG. NO. 19469-111**

**FROM:**      *for* J. Engleman
              Patricia V. Bradley, Complex Warden

**SUBJECT:**   Compassionate Release Review

A request for Compassionate Release/Reduction in Sentence (RIS)
has been reviewed pursuant to Program Statement 5050.50,
Compassionate Release/Reduction in Sentence: Procedures for
Implementation of 18 U.S.C §§3582(c)(1)(A) and 4205(g). It has
been determined that we will not be pursuing a request for
compassionate release/RIS in your case.

A review of the correspondence received on your behalf was
reviewed and considered, in addition to a review of your central
file and medical records. Based on this review it was
determined you do not meet the criteria to be considered for a
Compassionate Release/RIS, and no extraordinary or compelling
circumstance were provided in the correspondence to warrant a
submission of a request. Therefore, you do not meet the
criteria in which the Bureau of Prisons would file a motion in
the court.

Accordingly, your request is denied. If you are not satisfied
with this reply, you may submit an appeal on the appropriate
form (BP-9) to this office within 20 calendar days of the date
of this response.

INMATE RECEIVED THIS

DOCUMENT 10·16·20

C/O

23            R. Farias      T. FARIAS

U.S. DEPARTMENT OF JUSTICE

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG.NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**




_____                              _____
DATE                                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**




_____                              _____
DATE                                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

---

                                                   CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____                              _____
DATE                                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    PRINTED ON RECYCLED PAPER                    BP-229(13)
                                                                        APRIL 1982

24

U.S. DEPARTMENT OF JUSTICE **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A– INMATE REQUEST**

_____             _____
     DATE                                          SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____             _____
     DATE                                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE       CASE NUMBER: _____

_____
                                                     CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____       **25**   _____
     DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                        BP–229(13)
                                                       APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
|  LAST NAME, FIRST, MIDDLE INITIAL  |  REG. NO.  |  UNIT  |  INSTITUTION  |

**Part A– INMATE REQUEST**


_____              _____
        **DATE**                                      **SIGNATURE OF REQUESTER**

**Part B– RESPONSE**


_____              _____
        **DATE**                                  **WARDEN OR REGIONAL DIRECTOR**

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE                    CASE NUMBER: _____

                                                 CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
|  LAST NAME, FIRST, MIDDLE INITIAL  |  REG. NO.  |  UNIT  |  INSTITUTION  |

SUBJECT: _____

_____              _____
        **DATE**                            **RECIPIENT'S SIGNATURE (STAFF MEMBER)**

USP LVN

26

BP–229(13)
APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**

DATE _____            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE _____            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE           CASE NUMBER: _____

                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

27

DATE _____         RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN              PRINTED ON RECYCLED PAPER               BP–229(13)
                                                     APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.

INMATE RECEIVED THIS DOCUMENT 10·16·20

C/O T FARIAS

ANDREWS, CLARENCE
19469-111
F01-006L
USP

# Exhibit C

| From: | virgopatrick@gmail.com |
| To: | Ashley Riser |
| Subject: | Letter from Imani Andrews |
| Date: | Friday, November 20, 2020 3:59:30 PM |

Clarence Andrews is essential to his family. The mental health and physical stability of his family has been off balance in his absence. He has made choices that he now realizes cost more than any sum of money.

I am his sister humbly requesting compassion and release for my brother. Clarence's father needs him and his son Joshua needs him too. I can't make these men whole, they need one another. Please help stop a cycle of neglect and trend of absent fathers in their lives.

His father was absent from his life, captured by addiction. He is now 73 and wheelchair bound. Clarence has been neglected and unimportant to the man he wanted to be cherished and loved by the most. How deeply this impacted him, determined his choices, and who he has become only he knows.

I just want him and everyone to know that any member of our family would be more than willing to let him come live with us and allow him to start over. He could work and become an essential and productive member of society. In the current times, there is such opportunity to do good and he has always been there for others. This is who he is, a caring person who can help, grow and provide for others.

During his incarceration we have seen a change in him. He has matured and now realizes that he himself has become the absent father that his own son Joshua so desperately needs. Because of his choices we are all impacted. He understands how selfish he was and how much work must take place to get back on track. He is willing, he is sorry and he is hopeful that if given the chance he can help guide his son in the right direction. He can help his aging, now handicapped father live respectably.

If you meet with Clarence you can see that he is a light. Allow him to be the lighthouses for Joshua. The world is a ferocious sea and another young man is drifting away. All three of their lives and what's left is being thrown away. Please give them a chance to get it right. I love by brother, father and nephew with all my heart. I miss my sibling dearly.

I did not realize because of my father's actions and absence he was also my measure of a man. He has not reached his full potential and cannot do so there. He can be the man and patriarch he was destined to be. Consider saving three men and a family impacted by drugs, prison, and absence from the home. Holding him there doesn't help society it puts five other statistics in the mix. Let us be better together you can give us all a chance he should not be held to die in prison.

Respectfully,

Imani Andrews

Sent from my iPhone

29

To whom this letter may concern,

My name is Danielle Williams and I am the mother of Clarence's only son Joshua. I write this letter in hopes that this will give you a better understanding of who and what Clarence Andrews means to his family.

Before having our son, Clarence, such as myself, was still trying to find out where he fit and what his purpose was in life. Clarence, to me, was a late bloomer and had troubles settling down and staying in one place. When we met and gradually became to know each other, I began to see him want more for himself and I as our relationship grew.

One thing about Clarence was he was determined to be a provider and a helper for friends and family who were in need. He was a giver and a bit of a taker but nonetheless, he meant well and had very good intentions. Soon after moving in together, I became pregnant with our son Joshua, who is now all of 8 years old. Having our son was something that drastically changed both of our lives for the good. Clarence soon became a working man and was very happy to have accomplished as many things as he had as well as bringing our baby boy into the world.

Clarence had become more serious about his life choices and the stability that was needed to raise our son. Clarence had begun to walk a straight path and it worked for him. Unfortunately, sometimes the world is very cruel and we fall back into familiar ways. I believe Clarence had very good intentions as to how he would provide for his family in hard times but decisions were made that ultimately took him away from us and his family. At the end of the day, no one wants to make decisions that could cost them their lives or their families but sometimes we as people, are pushed to the limits and we do things that are not always best.

These are all things that I point out because I have been raising my son Joshua for the last 5 years without Clarence. My child has struggled immensely without his father around and as you know, the love and support of both parents truly makes a big difference in a child's life. Joshua is in desperate need of his father in these uncertain times that we are living in. My son is in therapy and has been for about a year now because of behavioral problems in school and the struggles he has endured since his father has been gone.

Joshua struggles with social skills and has been diagnosed with anxiety which me and his therapist and his school are all helping him to get through. We as a group, know the situation with Joshua's father being gone and all have an understanding that

this has been a major problem for him. It has caused him uncertainty within himself and even has low self-esteem. He often tells me that he believes that his father does not know him and that he believes that one day he will grow up to do the same things his father has done.

 To hear this from my child, as a mother, is devastating. How do I reassure my son that he nor his father are bad people and that sometimes we just make bad decisions? Over the course of these five years, Clarence's family and I have had a hard time explaining to Joshua why his father was gone and that he wouldn't be home for a while. Joshua has even thought of himself as a bad person because unlike other children at his school, his father was not around to do the things with him that other children's fathers were doing with them.

 I make it my mission to reassure my son everyday that he is a wonderful little boy and that one day his father will come home and see the exact same thing that I do. A loving, caring, bubbly little boy. Me and Clarence often talked about ways to provide him with the love and support he needs.

 In conclusion, I hope this letter helps you to make a decision that would ultimately change Clarence's life as well as his son's life and well-being. I believe if given the opportunity, Clarence will definitely make better decisions and be the best father he can possibly be to our son.

thank you,
Danielle Williams

| | |
|---|---|
| **From:** | virgopatrick@gmail.com |
| **To:** | Ashley Riser |
| **Subject:** | AP's letter for Clarence |
| **Date:** | Friday, November 20, 2020 10:55:11 AM |

Dear judge,

My name is Anthony Patrick. Clarence Andrews is my older cousin but we are very close like brothers. Growing up in the environment we lived in Clarence always pushed positivity for me and encouraged me to never take the road he has taken in life. I am proud to say that I am a Black man who grew up in a poverty stricken area and have never been incarcerated nor participated in the culture that is so common in areas plagued with violence, and I credit that to Clarence. I possess both a BA and Master degree in criminal justice and forensic psychology (respectively). I also credit this to him. It is imperative that he is released so he can shed wisdom to the youth of Oakland and that of his young son, in the same manner he has done for me and my matriculation into manhood. Currently, I work with the College of Alameda Career and employment center specifically assigned to the re-entry population and can ensure him employment upon his release. Despite his actions, he is such a credit not only to our family but to the youth who are walking in his footsteps, he can provide words of wisdom and diversion to the youth currently representing the underserved population. Thank you for listening.

Anthony C. Patrick

Sent from my iPhone

Dear judge,

My name is Joshua and Clarence is my dad. I want my dad back because he is a nice guy. He needs to come home because I miss him very much. He talks to me and tells me things I never knew and I think he should be able to come home and be with me.

Joshua Andrews

Donte Casey
1407 birchwood Ct
San Francisaco, Ca. 94134


November 9, 2020


To The Honorable Judge,


I am writing to you regarding Clarence Andrews. I am his in-law and have been in the family for over 20 years. Clarence has shown me that he is ready to face the world and be a productive part of society. He wants to create a nice life for his family and help his son who is struggling in school. His son loves his dad and looks to him for guidance. Through their phone conversations he has helped him with assignments and reading, which he loves.

We are looking to help Clarence when he comes home. We want to help him find employment and also programs that may help as well. Our family helps each other and wants the best out of life. We look forward to helping him get to a sense of normality.

Thankj you for reading my letter.

Sincerely,

Donte Casey

Dear Sirs:

I am writing on the behalf of a brother of mine, Clarence Andrews, who is currently serving time in USP Lompoc, in Lompoc, CA. Although Clarence is not a biological brother to me, he is just as important to me and his family, as anyone that is biologically related to me. Prior to his incarceration, Clarence helped me through many challenges as I attempted to navigate life as a young person. His advice and guidance is something I looked forward to receiving, thus limited communication between the two of us has been difficult. I credit my educational and career achievements to his support and enthusiasm. I have been fortunate enough to remain in contact with his young son, who is now 9 years old, and through direct and indirect mentions, I know he misses and needs his father. I am aware of the mistakes Clarence has made as a young man, however, as a Licensed Therapist, I am more aware that these decisions were made due to his circumstances and directional paths he was given as a child. In order to decrease the possibility of my nephew making similar mistakes bad judgements, he is in dire need of his father and additional positive influences, especially during his developmental stages. I have confidence in Clarence in becoming the father necessary; he just needs the additional chance at home with his family. I love him, and am praying for his safe return during these unprecedented times. I express my deepest gratitude for your time in reading this letter, as I hope it finds you in good health.


Sincerely,

Daynelle Parker, ASW

| | |
|---|---|
| **From:** | virgopatrick@gmail.com |
| **To:** | Ashley Riser |
| **Subject:** | Clarence s |
| **Date:** | Friday, November 20, 2020 12:10:49 PM |

Hello Ashley,

I apologize for the mistake. This is the letter from Clarence Sr. that is suppose to be considered. Once again, I apologize.

Dear judge,

My name is Clarence Lee Andrews Sr. I am A 73 year old veteran that proudly served my country by way of the United States Army. I was blessed with three children: Robert, Clarence jr., and Imani Andrews. Unfortunately, and to my shame, I was captured by a time of addiction and neglected to make myself available to my children. I can only imagine how my absence adversely affected each one of there lives. By no means do I share this truth to lay grounds of excuse, but rather to illustrate the pattern of neglects effect. I thank God for keeping me alive as long as he has, giving me another chance to be actively present in my children's (now adults) lives. So, here today I am humbly requesting compassion for my son Clarance Andrews jr. I went to visit junior for the first time in 6 years. It was a very emotional experience to say the least. What I was most moved by was the growth I saw in my son. I saw something familiar in him that I know very well, change! Real genuine change. That was over a year ago. Since that visit I have loss both my legs and my health isn't the greatest. I dont know how long I have left on this planet, but I do know that life is too short to hold on to anything that would prevent someone/anyone from doing better today than they did yesterday. Although there is no doubt about my need to have my son home to assist me in more ways than one, it is my grandson, (juniors' son) joshua that has and continues to suffer the biggest loss in the absence of his father, but would be blessed indeed to be reunited. I know Clarence will not fail us because none of us, especially him, can afford the luxury of another bad choice.

Sent from my iPhone

**Ashley Riser**

| | |
|---|---|
| **From:** | Aqueenah Gude <miss.gude@yahoo.com> |
| **Sent:** | Friday, December 4, 2020 4:08 PM |
| **To:** | Ashley Riser |
| **Subject:** | Character Statement for Clarence Andrews |

Hello Ashley,

Hopefully it is not too late to submit my character statement for Clarence Andrews. I typed it below. Thank you.

Dear Judge,

My name is Aqueenah Gude and I am a close family friend of Clarence Andrews. As someone who has been apart of this journey with him these past 7 years, I can say that Clarence has taken every opportunity to learn from this experience and make better decisions for his life. This experience has forced him to sit down and really think about the trajectory of his life and how the decisions he's made has impacted those around him. We talk often about redemption and how he is not defined by poor decisions he's made in the past but how he chooses to move forward once he's realized the errors in his ways. Clarence has been a huge inspiration in my life, as a mentor and a confidant and there has been a huge void in our family since he has been incarcerated. I believe it would be beneficial for him, our family and our community at large to return home so he can serve as an inspiration for all of us, especially his young son Joshua. Clarence is intelligent, compassionate and determined. He also has a family network that will serve as his foundation to building his life up in a positive direction. Thank you for your time.

Best,
Aqueenah Gude

# Exhibit D

TRULINCS 19469111 - ANDREWS, CLARENCE - Unit: LOM-F-A
------------------------------------------------------------------------------------------------

FROM: 19469111
TO: Health Services
SUBJECT: ***Request to Staff*** ANDREWS, CLARENCE, Reg# 19469111, LOM-F-A
DATE: 12/04/2020 06:27:22 PM

To: mr. cross
Inmate Work Assignment: ord.

mr.cross,

after two months of waiting for a response to my last request re: heart and testicular issues, i have yet to receive a single word
written or otherwise from you. i am quite aware of the tactics currently being used to keep the Positive COVID-19 count down,
by not testing the general population at USP Lompoc and not answering related sick-call slips for people whom are presenting
COVID-19 like symptoms for 14 days.  However, I can only hope and PRAY, that similar schemes are not being deployed in my
particular case--in lieu of admitting that staff are overburdened and things are out of control.  Both heart attacks (heart disease)
and testicular cancer can be addressed and cured if they are caught in a timely manner...

Thank you for your time and  attention.

BP-S148.055   **INMATE REQUEST TO STAFF**   CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
| MEDICAL STAFF | 7.23.20 |
| FROM: MR. ANDREWS | REGISTER NO.: 19469111 |
| WORK ASSIGNMENT: P.M. ORD | UNIT: F |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I AM REQUESTING IMMEDIATE MEDICAL ATTENTION FOR
PAIN THAT HAS /CONTINUES TO INCREASE DAILY IN MY TESTICLES.
PERIODICALLY AN EXTREMELY SHARP PAIN OCCURES, BUT A
CONSTANT DULL THROB IS WHAT KEEPS ME FROM ANY COMFORT
I HAVE NOTIFIED MEDICAL STAFF TWICE PREVIOUSLY, BUT I
HAVE YET TO RECEIVE ANYTHING OTHER THAN THE CONSTANT
OFFER OF MEDICATION, I ALREADY TOOK, TO PREVENT ANY
POSSIBLE INFECTION.

· (Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate        This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)     and BP-S148.070 APR 94


PRINTED ON RECYCLED PAPER

38

# Exhibit E

TRULINCS  19469111 - ANDREWS, CLARENCE - Unit: LOM-F-A

---------------------------------------------------------------------------------------------------------

FROM: 19469111
TO: Health Services
SUBJECT: ***Request to Staff*** ANDREWS, CLARENCE, Reg# 19469111, LOM-F-A
DATE: 09/23/2020 07:12:34 AM

To: MR. CROSS
Inmate Work Assignment: P.M. ORD.

MR. CROSS,
I'VE SUBMITTED SEVERAL COMPLAINTS REGARDING TWO SIGNIFICANT MEDIACL ISSUES (HEART/TESTICULAR)
AND HAVE YET TO HEAR ANYTHING OTHER THAN "WE'LL BE REFERING YOU TO A SPECIALIST". I HAVE BEEN SEEN
AND PERSCRIBED A BUNCH OF MEDICATION THAT HAS HAD NO EFECT, WHICH IS WHY IM NOW NOTIFYING YOU. IT
SHOULD BE NOTED THAT THE SYMPTOMS HAS AND CONTINUES TO MAKE MY SITUATION HERE AT LOMPOC
WORSE. PLEASE FIND TIME TO ASSIST ME IN GETTING SOME SORT OF REAL HELP.
THANK YOU FOR YOUR ATTENTION TO MY REQUEST.

I have yet to hear / recieve a response to this
email !  11/11/20   Typical response to health
request / needs...

# Exhibit F

# Ashley Riser

**From:**         ANDREWS CLARENCE (19469111)

**Sent Date:**    Monday, November 9, 2020 2:54 PM

**To:**           ashley@jaynelawgroup.com

**Subject:**      conditions here

ashley,

i dont know how i neglected to inform you about an incident i witnessed last week.  a fellow was beaten to death wednesday 10/4 by 4  other inmates. its been reported that the victim is on life support, but i saw him die. it was a horrible thing to see and i cant get what happened out of my head. whats crazy it that i, as every other individual housed here, have been deemed a threat to society/our community yet the "threats" that exists here arent deterred or in any way suppressed in this so-called controlled environment. im exhausted and/or drained mentally and physically of this constant exposure to this madness. from a positive perspective, i have accomplished all there is to gain from this place. to remain here from this point would only subject me to the negative effects of this place and an inevitable erosion of a the good things gained. its like placing a refurbished bike on the beach to be seen, but never allowing it to be used by a needy kid. instead its just left to be consumed by the elements of the harsh environment.

# Exhibit G

| | |
|---|---|
| **From:** | Ashley Riser |
| **To:** | LOX-ExecAssistant@bop.gov |
| **Cc:** | Julia Jayne |
| **Subject:** | Medical evaluation for Clarence Andrews (Reg. No. 19469-111) |
| **Date:** | Wednesday, December 2, 2020 9:39:00 AM |

**Name**   CLARENCE ANDREWS
**Reg. No.**   19469-111

Good morning,

I am writing on behalf of Mr. Andrews because he has not received a response to his multiple requests for medical evaluation and treatment of a sizable lump on his testes. What steps should we take to get this resolved in a timely fashion?

Thank you,

**Ashley Riser**

Associate Attorney
Jayne Law Group
483 Ninth Street, Suite 200
Oakland, CA 94607
Cell   ███████████
Work   (510) 833-0250
Email   ashley@jaynelawgroup.com
Web   jaynelawgroup.com

# Exhibit H

# Ashley Riser

**From:**      ANDREWS CLARENCE (19469111)

**Sent Date:**   Thursday, December 3, 2020 9:07 PM

**To:**         ashley@jaynelawgroup.com

**Subject:**    RE: RE: ATTORNEY CLIENT PRIVILEGE

Ashley,

it is always a pleasure to hear from you. i guess its who or rather what you have come to represent, freedom... moving forward, i do or will have you another document showing that i have again requested medical attention and for some reason not receiving it. what you should know, ive been meaning to share with you, these people (medical staff) often get request from inmates regarding flu like symptoms, and put them off 14 plus days before answering (seeing) them to keep the potential positive results down. a devilish thing for these angels to be doing, right? well, hopefully he right people will do something about all the shenanigans being done.

until the next one.
        shley on 12/3/2020 4:36 PM wrote:



# Exhibit I

Ashley,                                        1122.88.250

    Greetings once again! Hopefully this email (print-out) will serve its purpose in court 100 times better than it did when it was sent to Lompoc's health services.

    Incidentally, there has been 5 new cases of Covid here at Lompoc since I made the request to staff on 12.4.20. A memo was sent to all housing units regarding the new cases.

    I probably should've included that memo with this letter. Then again, the memo, more than likely, would've "disappeared" before this letter left the facility. These magicians are excellent at their craft, trust me.

    With that shared, I pray you a lifetime free of Covid contamination! Take care.

Clarence.

# Exhibit J

**TRULINCS  19469111 - ANDREWS, CLARENCE - Unit: LOM-F-A**

---------------------------------------------------------------------------------------------

FROM: 19469111
TO: Health Services
SUBJECT: ***Request to Staff*** ANDREWS, CLARENCE, Reg# 19469111, LOM-F-A
DATE: 12/04/2020 06:27:22 PM

To: mr. cross
Inmate Work Assignment: ord.

mr.cross,

after two months of waiting for a response to my last request re: heart and testicular issues, i have yet to receive a single word
written or otherwise from you. i am quite aware of the tactics currently being used to keep the Positive COVID-19 count down,
by not testing the general population at USP Lompoc and not answering related sick-call slips for people whom are presenting
COVID-19 like symptoms for 14 days.  However, I can only hope and PRAY, that similar schemes are not being deployed in my
particular case--in lieu of admitting that staff are overburdened and things are out of control.  Both heart attacks (heart disease)
and testicular cancer can be addressed and cured if they are caught in a timely manner...

Thank you for your time and  attention.

# Exhibit K

BP-A0942
JUN 11

## Request for § 3621(e) Offense Review CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Inmate's Name:<br><br>Andrews, Clarence | Register Number:<br><br>19469-111 |
| Submitting DAPC:<br><br>C. Clegg, Ph.D. | Date of DAPC Interview:<br><br>12-13-2017 |
| Institution:<br><br>FCC Lompoc - Medium | If applicable, at which institution did the inmate complete the unit-based portion of RDAP? |

This form requests and documents Designation and Sentence Computation Center (DSCC) legal staff review of the inmate's current and prior offenses, to determine whether the offense(s) preclude him/her from early release eligibility pursuant to 18 U.S.C. § 3621(e).

Subsection I – Current Offense Review (To be completed by DSCC legal staff.)

The inmate's current offense conviction:   (Check all that apply and explain in box provided.)

_____ (1) has as an element, the actual, attempted, or threatened use of physical force against the person or property of another (28 C.F.R. § 550.55(b)(5)(i));

✓ (2) involved the carrying, possession, or use of a firearm or other dangerous weapon or explosives (including any explosive material or explosive device) (28 C.F.R. § 550.55(b)(5)(ii));

✓ (3) by its nature or conduct, presents a serious potential risk of physical force against the person or property of another (28 C.F.R. § 550.55(b)(5)(iii));

_____ (4) by its nature or conduct involves sexual abuse offenses committed upon minors (28 C.F.R. § 550.55(b)(5)(iv));

_____ (5) is a "crime of violence" as defined by D.C. Code § 23-1331(4) [This provision applies only to D.C. Code felony offenders (28 C.F.R. § 550.55(a)(1)(ii))]; or

✓ (6) is an attempt, conspiracy, or other offense which involved an underlying offense to commit any precluding offense (28 C.F.R. § 550.55(b)(6)).

---

List precluding current offense information, and note relevant regulation, policy, and other information.

18 U.S.C. § 1951; Conspiracy to Commit Robbery. The court adopted a 5 level SOC for Brandishing a Firearm and a 2 level SOC for physically restraining a victim, therefore this conviction will preclude inmate Andrews from early release eligibility pursuant to cited regulation and PS 5162.05 section 4.b.   ***This offense review was conducted in accordance with the current version of 28 C.F.R. § 550.55(b), effective May 26, 2016.

Page 1 of 2

| Inmate's Name: | Register Number: |
|---|---|
| Andrews, Clarence | 19469-111 |

Section II - Prior Offense Review (To be completed by DSCC legal staff)

The inmate's prior felony or misdemeanor adult conviction history includes a precluding offense listed in 28 C.F.R. § 550.55(b), as follows:
(Check all that apply and explain in box provided.)

| | | | | | |
|---|---|---|---|---|---|
| _____ | (1) | homicide (including deaths caused by recklessness, but not including deaths caused by negligence or justifiable homicide); | _____ | (6) | kidnaping; |
| | | | _____ | (7) | an offense that by its nature or conduct involves sexual abuse offenses committed upon minors; or |
| _____ | (2) | forcible rape; | | | |
| ✓ | (3) | robbery; | _____ | (8) | an attempt, conspiracy, or other offense which involved an underlying offense to commit any offense listed in 28 C.F.R. § 550.55(b)(4). |
| _____ | (4) | aggravated assault; | | | |
| _____ | (5) | arson; | | | |

List precluding prior conviction(s), and note relevant regulation, policy, and other information.

Inmate Andrews has a previous conviction for Robbery 2d Degree (DOC: 9/17/2007 - Cal. Penal Code §§ 211, 212.5). This prior conviction will further preclude him pursuant to 28 C.F.R. § 550.55(b)(4)(iii).

*NOTE: DSCC legal staff reviewed the inmate's prior convictions that occurred within ten years prior to the date of sentencing for the inmate's current commitment under the current version of 28 C.F.R. § 550.55(b), implemented on May 26, 2016.

Based on the above criteria and analysis, this inmate's current and/or prior offense(s) (select one):

    ✓ PRECLUDES          _____ DOES NOT PRECLUDE

him/her from early release pursuant to 18 U.S.C. § 3621(e)(2)(B).

| Preparing DSCC Legal Staff Member: (print and signature) | Date: |
|---|---|
| Sandra Long | |
| PARALEGAL SPECIALIST | Digitally signed by SANDRA LONG. DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=SANDRA LONG, 0.9.2342.19200300.100.1.1=15001003841290 Date: 2017.12.22 16:37:27 -06'00' | 12/22/2017 |
| Reviewing DSCC Legal Staff Member: (print and signature) | Date: |
| DANIEL CROOKS | Digitally signed by DANIEL CROOKS DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=BOP, cn=DANIEL CROOKS, 0.9.2342.19200300.100.1.1=15001003242795 Date: 2017.12.28 11:34:40 -06'00' | 12/28/2017 |

COPY
Sensitive But Unclassified
SBU

Prescribed by P5331
46

BP-A0749
MAR 09
U.S. DEPARTMENT OF JUSTICE

**Agreement to Participate in a Bureau of Prisons**
**Residential Drug Abuse Treatment Program** CDFRM

FEDERAL BUREAU OF PRISONS

I have requested and have been interviewed to determine my qualification for admission to the Residential Drug Abuse Treatment Program (RDAP) in the Federal Bureau of Prisons.  I have provided truthful answers to all questions.  I acknowledge a severe alcohol/substance problem during the last period of 12 months before my arrest, and I am now seeking treatment for my problem. I have been informed and I acknowledge this clinical interview does not apply to my § 3621(e) eligibility for an early release.

I understand the potential benefits of participating in the RDAP and I understand my level of commitment to the program will determine how much I benefit from the program. I acknowledge and agree to expectations, rules, and policies of the Bureau of Prisons and the RDAP:

I understand that the RDAP is a residential treatment community.  I understand that while residing on the program unit, I will be expected to participate fully in treatment activities I am assigned. I understand that the RDAP consists of a variety of treatment opportunities, including: the residential environment, treatment community meetings, feedback to other participants and feedback from other participants and treatment staff, therapeutic groups, therapeutic journaling, psycho-educational groups, individual sessions, treatment team meetings and possibly, psychological testing.  I understand that my full participation in all of these activities is essential to my success in treatment.

I understand that all RDAP participants have an individualized treatment plan and I will have the opportunity to provide input into the development of my treatment plan. I agree to accept responsibility for knowing the rules, goals and schedules of my particular treatment plan.

I understand that I am expected to protect the confidentiality and privacy of my fellow participants in the treatment program. I agree to accept responsibility for not disclosing inmate information. I understand a breach of confidentiality will result in immediate expulsion.

I also understand that while I am living on the treatment unit, I will be expected to contribute to a positive community by refraining from any behaviors which are disruptive to the program or my fellow participants.

I understand that I am expected to follow Bureau policies, rules and regulations. I understand that I am also expected to follow the expectations, rules and regulations of RDAP. I understand that if I fail to do so, I may be expelled from the program.

In addition to the agreements listed above, I understand that, by agreeing to participate in the RDAP, under ordinary circumstances, I will be placed in a program according to Bureau need and availability.  Ordinarily declining such a transfer will remove me from the RDAP waiting list.

I understand that participation in the RDAP does not relieve me of any financial responsibility legally imposed.

I understand that some of my counseling sessions may be audio/video taped.  I understand these tapes will be used only for rehabilitative or educational purposes within the program.

Page 1 of 3

I understand that if I choose to withdraw, or am expelled from the program:

   a.    incentives received while an active program member may be lost;
   b.    any request for re-admission will include a reassessment for participation;
   c.    there will be no consideration for extended RRC placement; and
   d.    I will lose my eligibility for any early release consideration.

I understand and agree to continued transitional drug abuse treatment services that include:

   a.    continued positive behavior and treatment programming upon my return to general population. Failure to participate in continued treatment in the institution transition program, as prescribed by psychology staff, for less than one hour each month over a period of 12 months will result in my termination from treatment and loss of incentives previously and potentially earned; and
   b.    continued treatment programming upon my return to the community through transfer to a RRC or on home confinement. Failure to participate in continued treatment in the community transition program may result in my return to secure custody.

I understand that staff may recommend, as a condition of my supervised release or parole, a stipulation that I receive continued treatment during the period of such release.

I understand and consent to the release of information specified below by Bureau of Prisons staff to the appropriate U.S. Parole Commission staff, U.S. Probation staff, Community Corrections Staff, and Treatment Program Staff for the purpose of determining my eligibility for a Superior Program Achievement or for developing a treatment plan.

The extent and nature of the information to be disclosed includes: psycho-social (including substance abuse and criminal) history; treatment progress; drug program assessment summary with recommendations for continued treatment.

**AGREEMENT/SIGNATURE**

I have read, or have had this document read to me, and I understand and agree to the rules and regulations for participation in the residential drug abuse treatment program described in this agreement to participate.

I understand and agree that to begin the program, I must be able to complete all components of the program; RDAP, institutional follow-up if appropriate, and Transitional Services at the RRC or home confinement, if applicable.

I understand with this agreement I may be transferred to any suitable Bureau RDAP based on my release date.

COPY
Sensitive But Unclassified
SBU

I understand by my agreement to participate in the RDAP that if found qualified to participate, I am requesting a legal review of my case for determination of early release benefits under 18 U.S.C. § 3621(e), and that this eligibility is provisional, and may change.

| Inmate Name Printed<br>ANDREWS, CLARENCE | Staff Name Printed<br>C. CLEGG, Ph.D. |
|---|---|
| Inmate Signature | Staff Signature |
| Register Number<br>19469 11/ | Staff Title<br>DAP C |
| Date<br>12·13·17 | Date<br>12-13-17 |

Inmate declined participation in the residential drug abuse treatment program described in this agreement to participate

| Inmate Signature | Refused to sign<br>__ Yes   __ No |
|---|---|

Prescribed by P5330
Replaces BP-749(53) dtd MAY 02

BP-A0941
JUN 10
**Notice of RDAP Qualification** CDFRM

**U.S. DEPARTMENT OF JUSTICE**       **FEDERAL BUREAU OF PRISONS**

**SECTION 1 - RESIDENTIAL DRUG ABUSE PROGRAM QUALIFICATION**

YOU HAVE REQUESTED PARTICIPATION IN THE BUREAU'S RESIDENTIAL DRUG ABUSE
TREATMENT PROGRAM.  MY REVIEW OF YOUR CASE INDICATES [X] DO   DO NOT QUALIFY
FOR THE RESIDENTIAL DRUG ABUSE PROGRAM. (comment on documentation and clinical
interview).

Comments:   Cannabis Use Disorder — Severe
Stimulant Related Disorder - Amphetamine Type - Severe

If inmate does not qualify for the RDAP no offense review is required.

**SECTION 2 - OFFENSE REVIEW**

[X] A DSCC OFFENSE REVIEW HAS BEEN REQUESTED.

___ A DSCC OFFENSE REVIEW HAS NOT BEEN REQUESTED:

    ___ (a)   you have received a prior early release under $3621(e);

    ___ (b)   you are a contract boarder (e.g., state or military inmate);

    ___ (c)   you were sentenced under old law.

COPY
Sensitive But Unclassified
SBU

My signature indicates I have been informed of my RDAP qualification status.

| Inmate Name Printed<br>ANDREWS, CLARENCE. | Staff Name Printed<br>C. Clegg, PH.D. |
|---|---|
| Inmate Signature | Staff Signature |
| Register Number<br>19469 111 | Staff Title<br>DAP COORDINATOR |
| Date<br>12·13·17 | Date<br>12 -13 - 17 |

| Refused to sign |
|---|
| ___ Yes   [X] No |

cc: Drug Abuse Treatment File Unit Team
     Unit Team (place in section 4 of inmate central file)

*PDF*                *Prescribed by P5331*