1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SARAH E. GRISWOLD (CABN 240326)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5081
        sarah.griswold@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        ) No. 4:14-cr-94 YGR
                                      )
14 |     Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER RE:
                                      ) BRIEFING SCHEDULE
15 |   v.                             )
                                      )
16 | CLARENCE LEE ANDREWS,            )
                                      )
17 |     Defendant.                   )
                                      )
18                                    )
                                      )
19

20     The United States and defendant Clarence Lee Andrews, by and through undersigned counsel,

21 hereby respectfully request that that the Court order that the United States' response to the defendant's

22 motion for compassionate release (Dkt. 81) be filed by January 29, 2021.

23                                           Respectfully submitted,

24 DATED: January 21, 2021                   DAVID L. ANDERSON
                                             United States Attorney
25

26                                           _____/s/_____
                                             SARAH E. GRISWOLD
27                                           Assistant United States Attorney

28

STIP. & [PROP'D] ORDER RE: BRIEFING SCHED.   1
4:14-cr-94 YGR

DATED: January 21, 2021

                                       /s/
                                 ASHLEY RISER
                                 Counsel for Defendant Clarence Lee Andrews

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the United States' response to defendant's motion for compassionate release shall be filed by January 29, 2021.

IT SO ORDERED this _____ day of January 2021.

                                 THE HON. YVONNE GONZALEZ ROGERS
                                 UNITED STATES DISTRICT JUDGE