# Bureau of Prisons
# Health Services
# Patient Education Assessments & Topics

**Reg #:** 19469-111     **Inmate Name:** ANDREWS, CLARENCE

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 12/18/2020 | Counseling | Plan of Care | Verbalizes Understanding | Hoen, Liza |
| | Orig Entered: 12/18/2020 16:18 EST   Hoen, Liza | | | |
| 12/18/2020 | Counseling | Plan of Care | Verbalizes Understanding | Watson, William |
| | Orig Entered: 12/21/2020 11:22 EST   Watson, William | | | |
| 12/18/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Watson, William |
| | Orig Entered: 12/21/2020 11:22 EST   Watson, William | | | |
| 10/22/2020 | Counseling | Plan of Care | Verbalizes Understanding | Hoen, Liza |
| | Orig Entered: 10/22/2020 14:24 EST   Hoen, Liza | | | |
| 09/09/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Incaresed fluidsf ibre and exercise. | | | |
| | Orig Entered: 09/09/2020 10:41 EST   Dhaliwal, Jaspal | | | |
| 09/09/2020 | Counseling | Diet | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Orig Entered: 09/09/2020 10:45 EST   Dhaliwal, Jaspal | | | |
| 09/09/2020 | Counseling | Exercise | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Increased fluids. | | | |
| | Orig Entered: 09/09/2020 10:48 EST   Dhaliwal, Jaspal | | | |
| 08/27/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Orig Entered: 08/27/2020 12:03 EST   Dhaliwal, Jaspal | | | |
| 08/12/2020 | Counseling | Preventive Health | Verbalizes Understanding | Doukenick, Loren |
| | IM concerned about diet r/t cholesterol and general health - IM advised of healthy eating options such as avoiding too many carbs, fats, and sugars | | | |
| | Orig Entered: 08/12/2020 16:48 EST   Doukenick, Loren | | | |
| 08/12/2020 | Counseling | Plan of Care | Verbalizes Understanding | Doukenick, Loren |

| Reg #: 19469-111 | | Inmate Name: ANDREWS, CLARENCE | | |
|---|---|---|---|---|

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | | IM verbalizes understanding that no further intervention is currently needed. Going forward he can continue to notify us of any chest pain - however, at the moment the ECG displays: sinus rhythm, normal ECG | | |
| | Orig Entered: | 08/12/2020 16:48 EST   Doukenick, Loren | | |
| 08/11/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Orig Entered: | 08/11/2020 15:05 EST   Dhaliwal, Jaspal | | |
| 08/04/2020 | Counseling | Diet | Verbalizes Understanding | Dhaliwal, Jaspal |
| Increased fluids and fibre. | | | | |
| | Orig Entered: | 08/04/2020 15:07 EST   Dhaliwal, Jaspal | | |
| 07/24/2020 | Counseling | Access to Care | Verbalizes Understanding | Lidge, Trevor |
| | Orig Entered: | 07/24/2020 14:53 EST   Lidge, Trevor | | |
| 07/24/2020 | Counseling | Diagnosis | Verbalizes Understanding | Lidge, Trevor |
| | Orig Entered: | 07/24/2020 14:53 EST   Lidge, Trevor | | |
| 07/24/2020 | Counseling | Plan of Care | Verbalizes Understanding | Lidge, Trevor |
| | Orig Entered: | 07/24/2020 14:53 EST   Lidge, Trevor | | |
| 06/30/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Orig Entered: | 06/30/2020 14:28 EST   Dhaliwal, Jaspal | | |
| 06/30/2020 | Counseling | Medication Side Effects | Verbalizes Understanding | Dhaliwal, Jaspal |
| | Orig Entered: | 06/30/2020 14:28 EST   Dhaliwal, Jaspal | | |
| 06/18/2020 | Medication | Cephalexin 500 MG Cap | Pharmacy No participation | Hernandez, Rosangela |
| | Orig Entered: | 06/18/2020 11:50 EST   Hernandez, Rosangela | | |
| 06/18/2020 | Medication | Triamcinolone 0.1%  30 GM Cream | Pharmacy No participation | Hernandez, Rosangela |
| | Orig Entered: | 06/18/2020 11:50 EST   Hernandez, Rosangela | | |
| 05/04/2020 | Medication | Sulfamethoxazole/Trimeth 800mg /160mg tab | Pharmacy No participation | Rodriguez, Diane |
| | Orig Entered: | 05/04/2020 14:25 EST   Rodriguez, Diane | | |
| 04/27/2020 | Counseling | Access to Care | Verbalizes Understanding | Gadson, Christy |
| | Orig Entered: | 04/27/2020 17:44 EST   Gadson, Christy | | |
| 04/27/2020 | Counseling | Medication Side Effects | Verbalizes Understanding | Gadson, Christy |
| | Orig Entered: | 04/27/2020 17:44 EST   Gadson, Christy | | |
| 02/13/2020 | Counseling | Compliance - Treatment | Verbalizes Understanding | Dhaliwal, Jaspal |
| Increased Fluids.RTC PRN. | | | | |

| Reg #: | 19469-111 | | Inmate Name: | ANDREWS, CLARENCE | | |
|---|---|---|---|---|---|---|

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | Orig Entered: | 02/13/2020 17:02 EST   Dhaliwal, Jaspal | | |

**Total:** 23

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 19469-111                Inmate Name: ANDREWS, CLARENCE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Constipation, unspecified | | | | | | |
| 12/18/2020 16:17 EST  Hoen, Liza PA-C | III | ICD-9 | 564.00 | 10/05/2015 | Current | 12/18/2020 |
| 03/26/2018 12:05 EST  Watson, William MD | III | ICD-9 | 564.00 | 10/05/2015 | Resolved | 03/26/2018 |
| 10/05/2015 12:09 EST  Esquetini, Jose PA-C | III | ICD-9 | 564.00 | 10/05/2015 | Current | 10/05/2015 |
| Dehydration | | | | | | |
| 02/13/2020 16:56 EST  Dhaliwal, Jaspal MD | | ICD-10 | E860 | 02/13/2020 | Current | |
| Opioid use, with opioid-induced disorder | | | | | | |
| 12/19/2018 16:41 EST  Watson, William MD | | ICD-10 | F1199 | 12/19/2018 | Current | |
| Cannabis Use Disorder, Severe | | | | | | |
| 12/13/2017 18:14 EST  Clegg, Carl PhD/DAPC | I | DSM-IV | F12. | 12/13/2017 | Current | |
| Stimulant Related Disorders: Severe: Cocaine | | | | | | |
| 12/13/2017 18:14 EST  Clegg, Carl PhD/DAPC | I | DSM-IV | F14. | 12/13/2017 | Current | |
| Low vision, both eyes | | | | | | |
| 06/29/2017 11:31 EST  Fernando, Ellen MLP | | ICD-10 | H542 | 06/29/2017 | Current | |
| Dental caries | | | | | | |
| 12/19/2017 13:17 EST  Shon, Andrew DDS | | ICD-10 | K029 | 12/19/2017 | Current | |
| Pulpitis | | | | | | |
| 12/15/2017 11:38 EST  Shon, Andrew DDS | | ICD-10 | K040 | 12/15/2017 | Current | |
| Gingival recession | | | | | | |
| 06/29/2017 14:23 EST  Wooten, Benjamin DDS | | ICD-10 | K060 | 06/29/2017 | Current | |
| Umbilical hernia | | | | | | |
| 09/12/2018 16:39 EST  Hoen, Liza PA-C  1.5x1.5cm | | ICD-10 | K429 | 09/12/2018 | Current | |
| Follicular disorder, unspecified | | | | | | |
| 05/29/2020 13:19 EST  Hoen, Liza PA-C | | ICD-10 | L739 | 05/29/2020 | Current | |
| Joint disorder, unspecified | | | | | | |

Generated 01/19/2021 23:51 by France, Robert OGC        Bureau of Prisons - LOF        Page 1 of 4

| Reg #: 19469-111 | | Inmate Name: ANDREWS, CLARENCE | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Axis** | **Code Type** | **Code** | **Diag. Date** | **Status** | **Status Date** |
| 03/02/2018 17:06 EST  Watson, William MD<br>Costochondritis | | ICD-10 | M259 | 03/02/2018 | Current | |
| Oth periradicular pathology assoc w prev endodontic trtmt | | | | | | |
| 12/27/2018 17:08 EST  Mitchell, D. DDS/CDO | | ICD-10 | M2759 | 12/27/2018 | Current | |
| Chest pain, unspecified | | | | | | |
| 08/27/2020 11:57 EST  Dhaliwal, Jaspal MD | | ICD-10 | R079 | 08/27/2020 | Current | |
| Chest pain, unspecified | | | | | | |
| 12/11/2019 17:10 EST  Hoen, Liza PA-C<br>L pec strain | | ICD-10 | R079 | 12/11/2019 | Current | |
| Unspecified abdominal pain | | | | | | |
| 12/21/2020 11:21 EST  Watson, William MD | | ICD-10 | R109 | 12/18/2020 | Current | |
| Unspecified abdominal pain | | | | | | |
| 09/09/2020 10:37 EST  Dhaliwal, Jaspal MD | | ICD-10 | R109 | 09/09/2020 | Current | |
| Headache | | | | | | |
| 07/25/2017 10:56 EST  Nordstrom, Paul NP | | ICD-10 | R51 | 07/25/2017 | Current | |
| Prediabetes | | | | | | |
| 06/05/2019 19:28 EST  Watson, William MD<br>5.9% (5/2019) | | ICD-10 | R7303 | 08/08/2017 | Current | |
| 03/26/2018 12:05 EST  Watson, William MD | | ICD-10 | R7303 | 08/08/2017 | Current | |
| Family history of other specified conditions (see comments) | | | | | | |
| 12/21/2020 11:19 EST  Watson, William MD<br>Colon CA PGF; Prostate CA MGF | | ICD-10 | Z8489 | 12/18/2020 | Current | |

## Remission

| | | | | | | |
|---|---|---|---|---|---|---|
| Cardiac arrhythmia | | | | | | |
| 12/19/2018 16:41 EST  Watson, William MD<br>PVCs | | ICD-10 | I499 | 03/02/2018 | Remission | 12/19/2018 |
| 03/02/2018 10:36 EST  Hoen, Liza PA-C<br>PVCs | | ICD-10 | I499 | 03/02/2018 | Current | |

## Resolved

| | | | | | | |
|---|---|---|---|---|---|---|
| Open restoration margins | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 525.61 | 10/13/2015 | Resolved | 10/16/2015 |

| Reg #: 19469-111 | Inmate Name: ANDREWS, CLARENCE | | | | | |
|---|---|---|---|---|---|---|
| **Description** | | **Axis** | **Code Type** | **Code** | **Diag. Date** **Status** | **Status Date** |
| 10/29/2015 18:03 EST  Hicks, James DDS | | III | ICD-9 | 525.61 | 10/13/2015  Resolved | 10/16/2015 |
| 10/29/2015 14:00 EST  Hicks, James DDS | | III | ICD-9 | 525.61 | 10/13/2015  Current | 10/13/2015 |
| Cellulitis and abscess of neck | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | | III | ICD-9 | 682.1 | 08/03/2015  Resolved | 08/17/2015 |
| 08/17/2015 14:58 EST  Esquetini, Jose PA-C | | III | ICD-9 | 682.1 | 08/03/2015  Resolved | 08/17/2015 |
| 08/03/2015 17:34 EST  Wolverton, Brigitte PA-C | | III | ICD-9 | 682.1 | 08/03/2015  Current | 08/03/2015 |
| Cellulitis and abscess of trunk | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | | III | ICD-9 | 682.2 | 06/04/2015  Resolved | 06/04/2015 |
| 06/04/2015 16:49 EST  Hong, D. PA-C | | III | ICD-9 | 682.2 | 06/04/2015  Resolved | 06/04/2015 |
| Seborrhea | | | | | | |
| 03/26/2018 12:05 EST  Watson, William MD | | III | ICD-9 | 706.3 | 06/04/2015  Resolved | 03/26/2018 |
| 06/04/2015 16:49 EST  Hong, D. PA-C | | III | ICD-9 | 706.3 | 06/04/2015  Current | 06/04/2015 |
| Abdominal pain | | | | | | |
| 03/26/2018 12:05 EST  Watson, William MD | | III | ICD-9 | 789.0 | 10/05/2015  Resolved | 03/26/2018 |
| 10/05/2015 12:09 EST  Esquetini, Jose PA-C | | III | ICD-9 | 789.0 | 10/05/2015  Current | 10/05/2015 |
| Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere | | | | | | |
| 03/26/2018 12:05 EST  Watson, William MD | | | ICD-10 | B9681 | 09/07/2017  Resolved | 03/26/2018 |
| 09/07/2017 14:13 EST  Fernando, Ellen MLP | | | ICD-10 | B9681 | 09/07/2017  Current | |
| Testicular dysfunction | | | | | | |
| 12/21/2020 11:21 EST  Watson, William MD          Abnormal lump right scrotum | | | ICD-10 | E299 | 07/24/2020  Resolved | 12/21/2020 |
| 07/24/2020 14:50 EST  Lidge, Trevor FNP-BC/AHSA          Abnormal lump right scrotum | | | ICD-10 | E299 | 07/24/2020  Current | |
| Otitis media | | | | | | |
| 12/19/2018 16:41 EST  Watson, William MD          left-sided | | | ICD-10 | H6690 | 01/04/2017  Resolved | 12/19/2018 |
| 01/04/2017 16:54 EST  Cabeen, James DO/CD          left-sided | | | ICD-10 | H6690 | 01/04/2017  Current | |
| Unsatisfactory restoration of tooth | | | | | | |
| 12/19/2017 13:17 EST  Shon, Andrew DDS | | | ICD-10 | K0850 | 12/19/2017  Resolved | 12/19/2017 |
| Unsatisfactory restoration of tooth | | | | | | |
| 11/27/2017 13:15 EST  Shon, Andrew DDS | | | ICD-10 | K0850 | 11/27/2017  Resolved | 11/27/2017 |
| Chronic kidney disease, stage 2 (mild) | | | | | | |
| 12/21/2020 11:20 EST  Watson, William MD | | | ICD-10 | N182 | 08/08/2017  Resolved | 12/21/2020 |
| 03/26/2018 11:54 EST  Watson, William MD | | | ICD-10 | N182 | 08/08/2017  Current | |

| Reg #: 19469-111 | | Inmate Name: ANDREWS, CLARENCE | | | | |
|---|---|---|---|---|---|---|
| **Description** | **Axis** | **Code Type** | **Code** | **Diag. Date** | **Status** | **Status Date** |
| DaVita calc: GFR 85 | | | | | | |
| Epididymitis | | | | | | |
| 12/21/2020 11:21 EST  Watson, William MD  suspect | | ICD-10 | N451 | 04/27/2020 | Resolved | 12/21/2020 |
| 04/27/2020 17:37 EST  Gadson, Christy FNP-C  suspect | | ICD-10 | N451 | 04/27/2020 | Current | |
| Quarantine - asymptomatic person in quarantine | | | | | | |
| 05/21/2020 14:37 EST  Ratliff, J. OMDT, APRN | | ICD-10 | Z0489-q | 04/01/2020 | Resolved | 05/21/2020 |
| 04/02/2020 00:48 EST  Dixon, Thomas RN/IDC/IOP | | ICD-10 | Z0489-q | 04/01/2020 | Current | |

**Total:** 34

**Bureau of Prisons**
**Health Services**
**Immunizations**

Begin Date: 01/19/2020             End Date: 01/19/2021
Reg #: 19469-111                   Inmate Name: ANDREWS, CLARENCE

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| Influenza - Immunization | 10/04/2020 | Refused | | | | | | |
| Fliarix Quedrivalent | | | | | | | | |

Orig Entered: 10/04/2020 15:04 EST   Blitch, Hilary RN, IOP/IDC

Total: 1