JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
ASHLEY RISER (State Bar No. 320538)
JAYNE LAW GROUP, P.C.
483 9th Street, Suite 200
Oakland, Ca 94607
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
CLARENCE ANDREWS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:14-CR-94 YGR |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE |
| v. | |
| CLARENCE ANDREWS, | |
| Defendant. | |

The United States and defendant Clarence Lee Andrews, by and through undersigned counsel, hereby respectfully request that that the Court order that Mr. Andrews' reply to the United States' Memorandum in Opposition (Dkt. 86) to Mr. Andrews' motion for compassionate release (Dkt. 81) be filed by February 12, 2021.

IT IS SO STIPULATED.

Dated: February 9, 2021          _____/s/_____
                                 ASHLEY RISER
                                 Attorney for Defendant CLARENCE ANDREWS


Dated: February 9, 2021          _____/s/_____
                                 SARAH GRISWOLD
                                 Assistant United States Attorney


STIP. & [PROP'D] ORDER RE: BRIEFING SCHED.
4:14-CR-94 YGR

1

**[PROPOSED] ORDER**

2

    Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED

3

that Mr. Andrews' reply to the United States' response motion in opposition (Dkt. 86) to Mr. Andrews'

4

motion for compassionate release (Dkt. 81) shall be filed by February 12, 2021.

5

6

    IT SO ORDERED this _____ day of February 2021.

7

8
                                    _____
                                    THE HON. YVONNE GONZALEZ ROGERS
9                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROP'D] ORDER RE: BRIEFING SCHED.
4:14-CR-94 YGR